JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

SOCORRO G.,

   Plaintiff,

  v.

FRANK J. BISIGNANO,

   Defendant.

No. 8:25-cv-01589-MWC-BFM

**JUDGMENT**

  Pursuant to the Order accepting the Magistrate Judge's Report and Recommendation,

  IT IS ADJUDGED that the Commissioner's denial of benefits is reversed, and this matter is remanded, pursuant to sentence four of 42 U.S.C. § 406(g).

DATED: June 30, 2026



_____

HON. MICHELLE WILLIAMS COURT
UNITED STATES DISTRICT JUDGE